UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Grinnell Mutual Reinsurance Company,     Case No. 3:26-cv-649

    Plaintiff,

  v.            ORDER

Gree USA, Inc.,

    Defendant.

On March 18, 2026, Defendant Gree USA, Inc. removed this action from the Putnam County, Ohio Court of Common Pleas by invoking this Court's diversity jurisdiction.  (Doc. No. 1).

For a district court to have original diversity jurisdiction over a case, complete diversity must exist between the parties to the dispute.  28 U.S.C. § 1332(a).  That is, the dispute must be between citizens of different states.  28 U.S.C. § 1332(a)(1).  For purposes of diversity jurisdiction, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business."  28 U.S.C. § 1332(c)(1).

In the Notice of Removal, Defendant alleges Plaintiff Grinnell Mutual Reinsurance Company is a citizen of Iowa.  (Doc. No. 1 at 2).  In support of this allegation, Defendant states, "Plaintiff is a business entity organized under the laws of the State of Iowa and authorized to engage in business of insurance in the State of Ohio.."  (*Id.*).  But Defendant fails to identify Plaintiff's principal place of business.  Without this information, I cannot determine Plaintiff's citizenship and conclude this Court's diversity jurisdiction was properly invoked.  *See Delay*, 585 F.3d at 1005.

To maintain this action in federal court, *see* 28 U.S.C. § 1447(c), Defendant must supplement the Notice of Removal by filing an affidavit of jurisdiction on or before April 30, 2026, identifying Plaintiff's principal place of business. While I acknowledge that it is Defendant's burden to establish this Court's diversity jurisdiction was properly invoked, I remind Plaintiff's counsel of this Court's expectation of collaboration and urge them to actively participate in acquiring the relevant facts required to determine appropriate jurisdiction, so jurisdiction can be verified as soon as possible.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge